# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| COREY D. TAYLOR, | ) |
| Plaintiff, | ) ) ) |
| | ) No. 4:18-CV-00600-DDN |
| FRANKLIN COUNTY JAIL, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to file an amended complaint. (Docket No. 15). The motion will be denied.

The Court dismissed plaintiff's complaint on May 8, 2018. (Docket No. 13). Plaintiff sent a letter to the court requesting the opportunity to amend his complaint. (Docket No. 15). Plaintiff also filed a notice of appeal to the United States Court of Appeals for the Eighth Circuit. (Docket No. 16).

Once a case has been appealed, the issues before the appellate court should not be undermined or altered. *Liddell by Liddell v. Board of Educ. of City of St. Louis*, 73 F.3d 819, 822 (8th Cir. 1996). "The filing of a notice of appeal is an event of jurisdictional significance – it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982). Because plaintiff has filed an appeal challenging the dismissal of his complaint, his motion to amend must be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to file an amended complaint (Docket No. 15) is **DENIED**.

Dated this 22nd day of May, 2018.

*Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE